# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:07cv220

ROCKCRUSHER LLC; ROCKCRUSHER )
DIFFS 4x4 AXLE ASSEMBLIES PTY. LTD; )
and G & J GEARS P/L, )
                                )
         **Plaintiffs,** )
                                )
**Vs.** )         **ORDER**
                                )
BRYAN HAMILTON; and ROCKCRUSHER )
OFF-ROAD, L.L.C., )
                                )
         **Defendants.** )
_____ )

     **THIS MATTER** is before the court on defendants' Motion to Dismiss and

Motion for Extension of Time to Respond to Complaint (#7). Such dispositive

motion is not accompanied by a Memorandum of Law as required by Local Civil Rule

7.2, and defendants have not reflected in the Motion for Extension that they have

consulted with opposing counsel as required by Local Civil Rule 7.1(A). Defendants

will be granted an additional 20 days within which to file Answer or otherwise

respond with an accompanying memorandum of law.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendants' Motion to Dismiss and Motion for Extension of Time to Respond to Complaint (#7) are **DENIED** for non-compliance with Local Civil Rules 7.1 and 7.2; however, such denial are without prejudice, and defendants are allowed 20 days from July 17, 2007, within which to Answer or otherwise respond with an appropriate memorandum of law supporting any dispositive motion.

Signed: July 13, 2007

Dennis L. Howell
United States Magistrate Judge